UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
www.okwd.uscourts.gov

**ROBERT D. DENNIS**
CLERK OF COURT
**RHONDA REYNOLDS**
CHIEF DEPUTY CLERK

200 N.W. 4th Street, Room 1210
Oklahoma City, OK 73102
(405) 609-5000   Fax (405) 609-5099

May 5, 2011



FILED
MAY 0 5 2011
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____KR_____ DEPUTY

Washington Passport Services
1111 19th Street, N.W.
Washington, D.C. 20036

The passport for the individual named below has been ordered to be placed in the custody of the Court Clerk of the U.S. District Court for the Western District of Oklahoma.

The following information is given as to this individual:

NAME: Joshua Blake Inman

DATE OF BIRTH: ____, 1991

PLACE OF BIRTH: Oklahoma

PASSPORT NUMBER IN POSSESSION OF CLERK: 463687314

DATE OF ISSUANCE OF PASSPORT: 12/21/2009

PLACE OF ISSUANCE OF PASSPORT: Department of State

US DISTRICT COURT, WESTERN DISTRICT OF OKLAHOMA CASE NO: M-11-108-RO

    We will notify you of the cancellation of this Order and the return of the passport to the individual. Should you have any questions concerning the above information, please contact us at (405) 609-5000.

Sincerely,

ROBERT D. DENNIS, COURT CLERK

By _____Kathy Rose_____
DEPUTY CLERK

cc:    Court File
        Counsel

Rvsd 03-11