# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __OKLAHOMA__

FILED
MAY - 5 2011
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

UNITED STATES OF AMERICA

V.

JOSHUA B. INMAN

WHEREVER FOUND

**WARRANT FOR ARREST**

Case Number: M-11-108-RO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSHUA B. INMAN

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ✓ Complaint  ☐ Order of Court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

possession with intent to distribute a mixture or substance containing a detectable amount of methylenedioxymethamphetamine (MDMA), also known as ecstasy

in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

__BANA ROBERTS__

Name of Issuing Officer

[signature]

Signature of Issuing Officer

__United States Magistrate Judge__
Title of Issuing Officer

May 4, 2011 at Oklahoma City, Oklahoma
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

Norman, OK

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/4/11 | Aran Groom | [signature] |