# CRIMINAL COURTROOM MINUTE SHEET
## GRAND JURY ARRAIGNMENT

**DATE:** May 20, 2011                                                                                 **CASE:** CR-11-176-D

**TIME IN COURT:**  10 mins                                                                     **COURTROOM:** 103

**MAGISTRATE JUDGE BANA ROBERTS**                          **COURTROOM DEPUTY JANET WRIGHT**

**UNITED STATES OF AMERICA vs.  JOSHUA B. INMAN**

Defendant States true and correct name as: _____          **AGE:** _____

**Government Cnsl:** Andre Caldwell & Dave Petermann          **Defendant Cnsl:** Mark Wilson

**U.S. Probation Officer:** Marissa Rios-Procter                                    Court appointed

☒ Defendant Appears,  with Counsel                                              **Interpreter:** _____

☐ Defendant advised of his / her right of consular notification, _____

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.

☒ Dft advised of his / her right to an attorney.                    ☒ Dft fully advised of the substance of the count(s).

☒ Dft provided copy of  Indictment                                      ☒ Dft waives reading of the Indictment by the Court.

☒ Dft enters plea of  Not Guilty

☒ Case set on jury docket beginning the week of  July 11, 2011, @ 9:00 a.m. before Judge DeGiusti

☐ Government recommends defendant be released on _____

☐ Government recommends defendant be detained based on _____

☐ Government _____

    ☐ Upon motion of the Government and request for continuance by _____

    ☐ Detention Hearing is set for _____

☐ Defendant waives right to Detention hearing. Waiver of Detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the Detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☐ Defendant temporarily detained pending Detention hearing.  Written Order entered. Defendant remanded to custody of USM.

☐ Defendant detained per Detention Order previously entered. Defendant remanded to custody of USM.

☒ Defendant released on previously posted bond with conditions per Release Order.

☐ Unsecured Bond set at _____ with conditions per Release Order.

☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of USM pending execution of bond.

☐ Defendant remanded to the custody of USM.

Upon request of the dft the court modifies his conditions of release, written order is to be filed.