**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. CR-11-176-D |
| | ) | |
| | ) | |
| JOSHUA B. INMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER MODIFYING CONDITIONS OF RELEASE**

The conditions of defendant's release which were previously set are modified as follows:

The requirement that defendant reside with his parents, Darryl and Diane Inman, is modified to require that defendant reside with his dad, Darryl Inman, at 18001 Highland Park, Apt. 222 Edmond, Oklahoma 73012.

The defendant is to participate in the location monitoring program and abide by all of the requirements and instructions provided by the supervising officer to include a curfew by which defendant is restricted to his residence every day from 10:00 p.m. to 8:00 a.m. or as adjusted by the supervising officer to accommodate defendant's employment schedule or other exceptions as pre approved by the supervising officer.

May 20, 2011
Dated

BANA ROBERTS
UNITED STATES MAGISTRATE JUDGE