# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

FILED
JUN 2 7 2011
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: CR-11-176 D |
| JOSHUA B. INMAN, | ) |
| Defendant. | ) |

## WAIVER OF SPEEDY TRIAL

The Defendant hereby waives any rights, benefits, or privileges that may accrue to him under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., and the sanctions provided for herein. Defendant is to be set on the August Trial Docket.

DATED this 27th day of June, 2010.

_____
JOSHUA B. INMAN, DEFENDANT

Respectfully submitted,
s/Mark E. Wilson          6/27/2011
MARK E. WILSON, OBA# 21410
Mark E. Wilson Attorney at Law, PLLC
435 N. Walker Avenue, Suite 104
Oklahoma City, OK 73102
Telephone: (405) 525-1900
Fax: (405) 231-3131
markwilson@markwilsonlaw.com

## Certificate of Service

I hereby certify that on 6/27/2011, I mailed via U.S. mail a copy of the foregoing document to the following:
David Petermann, AUSA
Andre Caldwell, AUSA

s/ Mark E. Wilson