PS 8
(6/98)

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF OKLAHOMA


FILED

MAR 3 0 2012

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

U.S.A. vs. JOSHUA B. INMAN                           DOCKET NO. CR-11-00176-001

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW, DIXIE BECKTOLD, PRETRIAL SERVICES OFFICER, PRESENTING AN OFFICIAL REPORT UPON THE CONDUCT OF DEFENDANT, JOSHUA B. INMAN WHO WAS PLACED UNDER PRETRIAL RELEASE SUPERVISION BY THE HONORABLE BANA ROBERTS, SITTING IN THE COURT AT OKLAHOMA CITY, OKLAHOMA, ON MAY 5, 2011, WITH CONDITIONS WHICH INCLUDED THE FOLLOWING:

(1) The defendant must not violate and federal, state, or local laws while on release.

RESPECTIVELY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On March 26, 2012, the defendant was arrested by Edmond Police Department for possession of drug paraphernalia. The defendant was found to be in possession of a grinder with marijuana residue, Zig Zag rolling papers, and a pipe with marijuana residue. Charges have been filed in Edmond Municipal Court.

HAVING REVIEWED THE ALLEGATIONS MADE IN THIS PETITION MADE BY THE UNITED STATES PROBATION OFFICER, THE UNITED STATES MOTIONS THE COURT PURSUANT TO 18 U.S.C. §3148(B) TO INITIATE REVOCATION PROCEEDINGS AGAINST THE DEFENDANT.

_____
ASSISTANT UNITED STATES ATTORNEY

### ORDER OF COURT

THE COURT ORDERS THAT A

[X] WARRANT
[ ] SUMMONS

BE ISSUED TO THE DEFENDANT,

CONSIDERED AND ORDERED THIS 30th DAY OF March, 2012 AND ORDERED FILED AND MADE A PART OF THE RECORDS IN THE ABOVE CASE.

_____
Signature of Judicial Officer

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: MARCH 29, 2012

_____
DIXIE BECKTOLD
U.S. PROBATION OFFICER

APPROVED,

_____
SUPERVISORY U.S. PROBATION OFFICER