# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **COURT-ASSISTED RECOVERY EFFORT** )<br>)<br>)<br>)<br>IN RE:  Joshua Inman                                    )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.    CR-11-176-D |

## ORDER OF GRADUATION

The above-named defendant has satisfied all graduation requirements of the Court-Assisted Recovery Effort (CARE), and their Petition for Graduation is granted effective _____October 15, 2014_____ .

October 15, 2014
Date

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

SR-07-2014